

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00093-CV

## IN THE INTEREST OF S.M.R. AND A.L.R., CHILDREN

_____

**From the 429th District Court
Collin County, Texas
Trial Court No. 429053095-2010**

## ABATEMENT ORDER

On September 2, 2015, appellant, Aura Lily Pleitez, filed an unopposed motion to abate this matter. In her motion, appellant indicates that this "is an appeal from an order in a suit modifying the parent[-]child relationship" and that the "parties seek to settle the dispute and have begun settlement discussions." After review, we grant appellant's motion to abate this matter. Accordingly, this appeal is hereby abated for sixty days.

Additionally, the parties are ordered to apprise the Court of their settlement negotiations within thirty days of this order. Furthermore, the Court will consider the appointment of a mediator if the parties fail to settle this case within thirty days.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal abated
Order issued and filed September 10, 2015
[CV06]

